# Court of Appeals
# of the State of Georgia

ATLANTA,  March 10, 2025

*The Court of Appeals hereby passes the following order:*

## A25D0248. ERIC ROCKMORE v. THE STATE.

Eric Rockmore seeks discretionary review of the trial court's November 18, 2024 order dismissing a motion that the trial court construed as a motion in arrest of judgment.[1] We, however, lack jurisdiction to consider the application.

To be timely, an application for discretionary appeal must be filed within 30 days of entry of the order or judgment to be appealed. See OCGA § 5-6-35 (d). "The requirements of OCGA § 5-6-35 are jurisdictional and this [C]ourt cannot accept an appeal not made in compliance therewith." *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Rockmore's application was filed in the Supreme Court on January 14, 2025, 57 days after entry of the order he seeks to appeal. Accordingly, the application is untimely, and it is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  03/10/2025

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*

---

[1] Rockmore filed the application for discretionary appeal in the Supreme Court, which transferred the matter to this Court. See Case No. S25D0617 (Jan. 23, 2025).